IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARK S. LEWIS**                                                                      **PLAINTIFF**

v.                   **CASE NO: 3:11CV00153 BSM**

**CLAY COUNTY**
**DETENTION CENTER et al.**                                                **DEFENDANTS**

<u>**ORDER**</u>

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

2. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 9th day of September 2011.

                                                                            */s/ Brian S. Miller*
                                                                  UNITED STATES DISTRICT JUDGE