IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARK S. LEWIS**                                                                                          **PLAINTIFF**

v.                              **CASE NO: 3:11CV00153 BSM**

**CLAY COUNTY**
**DETENTION CENTER et al.**                                                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

Dated this 9th day of September 2011.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE